IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RYAN L. BLANKENSHIP,

      Petitioner,                                                    JUDGMENT IN A CIVIL CASE

v.                                                                              Case No. 12-cv-335-wmc

ROBERT WERLINGER, Warden,
Federal Correctional Institution - Oxford,

      Respondent.

---

      This action came for consideration before the court with District Judge William M. Conley presiding.  The issues have been considered and a decision has been rendered.

---

      IT IS ORDERED AND ADJUDGED that judgment is entered denying the petition of Ryan L. Blankenship for a writ of habeas corpus under 28 U.S.C. § 2241 and dismissing this case with prejudice.


| /s/ | 6/19/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |