IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

RYAN L. BLANKENSHIP,

        Petitioner,

v.

ROBERT WERLINGER, Warden,
Federal Correctional Institution - Oxford,

        Respondent.

ORDER

12-cv-335-wmc

---

On June 18, 2013, the court denied petitioner Ryan Blankenship's petition for a writ of habeas corpus under 28 U.S.C. § 2241 after determining that he was not entitled to relief. Blankenship has now filed a notice of appeal. To date, however, he has neither paid the appellate docketing fee ($455) nor requested leave to proceed *in forma pauperis*. For his appeal to proceed, Blankenship must pay the docketing fee or submit a properly supported motion for leave to proceed *in forma pauperis*, together with a certified copy of his inmate trust fund account statement, no later than July 22, 2013.

ORDER

IT IS ORDERED that, no later than July 22, 2013, Blankenship must pay the appellate docketing fee ($455) or submit a motion for leave to proceed *in forma pauperis* on appeal together with a certified copy of his inmate trust fund account statement.

Entered this 8th day of July, 2013.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge