IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

RYAN L. BLANKENSHIP,                                                                  ORDER

                                    Petitioner,                              12-cv-335-wmc

            v.
ROBERT WERLINGER, Warden,
Federal Correctional Institution - Oxford,

                                    Respondent.
_____

        On June 18, 2013, the court denied petitioner Ryan Blankenship's petition for a writ of

habeas corpus under 28 U.S.C. § 2241 after determining that he was not entitled to relief.

Blankenship has now filed a notice of appeal.  To date, however, he has neither paid the

appellate docketing fee ($455) nor requested leave to proceed *in forma pauperis*.  For his appeal

to proceed, Blankenship must pay the docketing fee or submit a properly supported motion for

leave to proceed *in forma pauperis*, together with a certified copy of his inmate trust fund account

statement, no later than July 22, 2013.


                                            ORDER

        IT IS ORDERED that, no later than July 22, 2013, Blankenship must pay the appellate

docketing fee ($455) or submit a motion for leave to proceed *in forma pauperis* on appeal together

with a certified copy of his inmate trust fund account statement.

        Entered this 8th day of July, 2013.

                                    BY THE COURT:

                                    /s/

                                    STEPHEN L. CROCKER
                                    Magistrate Judge

2